# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JASON LEE KENNEDY**　　　　　　　　　　　　　　　　　　**PETITIONER**
ADC #11199-010

v.　　　　　　　　　**CASE NO. 2:21-CV-00032-BSM**

**JOHN P. YATES, warden,**
**FCI– Forrest City Low**　　　　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's proposed findings and recommendations [Doc. No. 8] are adopted. John Yates's motion to dismiss [Doc. No. 6] is granted, and Jason Kennedy's petition [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 20th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE