# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JASON LEE KENNEDY**  **PETITIONER**
ADC #11199-010

v.   CASE NO. 2:21-CV-00032-BSM

**JOHN P. YATES, warden,**
**FCI– Forrest City Low**  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE